Abel Acosta
Clerk of the Court of
Criminal Appeals at Austin
P.O. Box 12308, Capitol Station,
Austin, Texas, 78711                    October 17, 2015.


    RE: Henry, Alvin Peter Jr.
    CCA No. PD-0511-15
    Trial Court No. 25589


    Dear Abel Acosta,

    Enclosed is a notice to this Honorable Court.  I have one
main concern, I have sent a motion to the trial court desiring
counsel.  Therefore, my concern is the 30 day deadline to file
my brief within this Honorable Court.

    Please notify me of a ruling on my notice also asking for
this Honorable Court to extend the deadline in order for the trial
court to appoint counsel.

    Thank you for all your help within this matter!


                            Respectfully,

                            X _Alvin Peter Henry_____
                            Alvin Peter Henry, Jr.
                            #01935874-Coffield
                            2661 FM 2054
                            Tenn.Colony, Tx. 75884
                            Pro se.

                                    RECEIVED IN
                            COURT OF CRIMINAL APPEALS

                                  OCT 23 2015

                            Abel Acosta, Clerk

Cc: file.

ALVIN PETER HENRY,JR.,
    Appellant,

V.

THE STATE OF TEXAS,
    Appellee.

§
§
§
§
§
§
§
§

IN THE COURT OF CRIMINAL

APPEALS AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

## NOTICE TO THIS HONORABLE COURT

COMES NOW, Alvin Peter Henry, #01935874, Appellant in the above styled and numbered cause, and files this notice to the Honorable Court, in concern of the appointment of counsel, and his 30 day deadline to file his brief, and shows this Court the following:

1· On October 14, 2015, the Appellant received a postcard and order to the trial court requiring the appointment of counsel if desired. This Honorable Court has GRANTED his pro se PDR on October 7, 2015, in regards to ground 3.

2) The Appellant sent a motion to request for the appointment of counsel to help him with his brief, on October 16, 2015.

3· The Appellant does desire counsel for his help.

4· The Appellant repectfully requests for this Honorable Court to extend the current due date of November 6, 2015, to a reasonable amount of time for the trial court to appoint counsel and for counsel to properly prepare Appellant's brief on his behalf.

## PRAYER FOR RELIEF

The Appellant gives this Honorable Court notice that he desires counsel and sent a motion to the trial court in regards to

page 1

the appointment of counsel. In addition to this, the Appellant prays that this Honorable Court will GRANT the Appellant's request to extend the current due date of November 6, 2015 to a reasonable amount of time for the trial court to appoint counsel, and for counsel to properly prepare Appellant's brief on his behalf.

X _____
Alvin Peter Henry, Jr.
#01935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Alvin Peter Henry, Jr., #01935874, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of October 17, 2015.

X _____
Alvin Peter Henry, Jr.
#01935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Alvin Henry, Jr., #01935874, have placed this notice to this Honorable Court, into the internal mailing system of the Coffield unit in Anderson County, Texas, on October 17, 2015. This is true and correct under the penalty of perjury. executed this day of October 7, 2015.

X _____
Alvin Peter Henry, Jr.
#01935874-Coffield
2661 FM 2054; Tenn.Colony, Tx.
75884. Pro se.

page 2 of 2